FILED

2003 DEC -4 P 12: 14



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00CV 2386 (SRU)(WIG) |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT; | : | |
| OFFICER JULIO CAMACHO | : | |
|     Defendants | : | DECEMBER 3, 2003 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

The undersigned defendants, City of Hartford and Hartford Police Department, respectfully move for an enlargement of time, *nunc pro tunc*, to file a reply to the plaintiff's Memorandum of Law in Support of Objection to Motion for Summary Judgment, dated November 11, 2003, filed with the Court on November 12, 2003. In further support of this motion, the defendants submit the following.

The undersigned defendants moved for summary judgment by motion dated September 18, 2003. The plaintiff requested an extension of time, to and including November 11, 2003, to respond to the defendants' Motion for Summary Judgment. The plaintiff's motion was granted, absent objection.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

On December 3, 2003, the undersigned counsel accessed the PACER system for the District of Connecticut to determine whether a further extension was sought, since the undersigned had not received any opposition brief to the defendants' motion. On this date, the undersigned counsel learned that an opposition brief was filed by the plaintiff on November 12, 2003. The undersigned contacted Attorney William J. Melley, counsel for defendant Julio Camacho, to determine whether he had received plaintiff's opposition brief. Attorney Melley advised that he also did not receive a copy of the opposition brief and was unaware that one had been filed. The undersigned counsel printed a copy of the opposition papers directly from the PACER system.

Under Rule 7(d) of the Local Rules of Civil Procedure, the movant has ten (10) days within which to file a reply brief. Given that the undersigned did not receive the plaintiff's opposition papers until December 3, 2003, the undersigned defendants request an enlargement of time, *nunc pro tunc*, to file a reply. The defendants request an extension until December 17, 2003 to file a reply.

By faxed letter dated December 3, 2003, the undersigned inquired of plaintiff's position regarding this request. Due to the immediate filing of this motion, no response has been received.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the defendants' <u>first</u> request for an enlargement of time within which to file a reply brief to the plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

Wherefore, for the foregoing reasons, the undersigned defendants respectfully request that the Court grant the motion for enlargement of time, *nunc pro tunc*, and allow the defendants until December 17, 2003 to file a reply brief.

DEFENDANTS,
CITY OF HARTFORD
HARTFORD POLICE DEPARTMENT


BY: _____
Brian P. Leaming, Esq.
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 3rd day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114

William J. Melley III, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

Brian P. Leaming

491490.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105