FILED

2003 DEC -4 P 12: 14

US [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00CV 2386 (SRU)(WIG) |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT; | : | |
| OFFICER JULIO CAMACHO | : | |
|     Defendants | : | DECEMBER 3, 2003 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

The undersigned defendants, City of Hartford and Hartford Police Department, respectfully move for an enlargement of time, *nunc pro tunc*, to file a reply to the plaintiff's Memorandum of Law in Support of Objection to Motion for Summary Judgment, dated November 11, 2003, filed with the Court on November 12, 2003. In further support of this motion, the defendants submit the following.

The undersigned defendants moved for summary judgment by motion dated September 18, 2003. The plaintiff requested an extension of time, to and including November 11, 2003, to respond to the defendants' Motion for Summary Judgment. The plaintiff's motion was granted, absent objection.

Motion GRANTED. It is SO ORDERED.
WILLIAM I. GARFINKEL / U.S.M.J. / DATE

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | **HALLORAN<br>& SAGE LLP** | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |