```
                                              FILED

                                           2004 JAN -8  P 12: 26

                                           US DISTRICT COURT
        UNITED STATES DISTRICT COURT         BRIDGEPORT CT
             DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| YOLANDA SANTIAGO;<br>　　　Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:00CV 2386 (SRU) |
| VS. | :<br>: |
| CITY OF HARTFORD; HARTFORD<br>POLICE DEPARTMENT; OFFICER<br>JULIO CAMACHO<br>　　　Defendants | :<br>:<br>:<br>: January 6, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, City of Hartford and Hartford Police Department, only, in the above-entitled case.

```
                              DEFENDANTS,
                              CITY OF HARTFORD;
                              HARTFORD POLICE
                              DEPARTMENT

                        BY: _____
                              James J. Szerejko, Esq.
                              Fed. Bar No. ct
                              HALLORAN & SAGE LLP
                              One Goodwin Square
                              Hartford, CT 06103
                              Tele: (860) 522-6103
```

## CERTIFICATION

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114

William J. Melley, III, Esq.
Law Offices of William J. Melley, III.
250 Hudson Street
Hartford, CT 06106

James J. Szerejko

500240.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105