UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00CV 2386 (SRU) |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT; | : | |
| OFFICER JULIO CAMACHO | : | |
|     Defendants | : | JANUARY 12, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 56(a)2 STATEMENT**

    The defendants, City of Hartford and the Hartford Police Department, respectfully object to the plaintiff's Motion for Extension of Time in which to file her Local Rule 56(a)2 Statement. The plaintiff has represented that she did not receive a copy of the defendants' Local Rule 56(a)1 Statement when the Motion for Summary Judgment was filed. The defendants contend that the plaintiff had all knowledge and opportunity to identify that a Local Rule 56(a)1 Statement was filed and requests that the Motion for Extension of Time be denied. In support, the defendants submit the following:

    On September 18, 2003, the defendants by certification served on the plaintiff's counsel their Motion for Summary Judgment (doc. #32), supporting

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103  

HALLORAN  
& SAGE LLP  

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

Memorandum of Law (doc. 33) and Local Rule 56(a)1 Statement (doc. 34). A review of the Court's database shows that these documents were entered on September 22, 2003 and were easily identifiable to the plaintiff upon her review in preparing to submit a Motion in Opposition.

The Plaintiff filed her Opposition dated November 11, 2003 and failed to include with her opposition a "Local Rule 56(a)2 Statement" as obligated by Local Rule 56(a)2 . Local Rule 56(a)4 also instructs that:

> The Local Rule 56(a)1 and 2 Statements referred to
> above shall be filed and served along with the motion,
> memorandum of law and certificate of service
> required by Local Rule 7 and the Federal Rule of Civil
> Procedure 56.

The plaintiff had complete capacity in reviewing the defendant's Memorandum of Law in Support of Summary Judgment to recognize that material facts were utilized to support their arguments and that Local Rule 56(a)1 required the defendants submit a statement. A review of the database would also have identified that a Local Rule 56(a) 1 Statement was filed by the Defendants.

On December 17, 2003, the defendants filed their Reply Brief which identified the plaintiff's failure to include a Local Rule 56(a)2 statement. On January 5, 2004, at the request of plaintiff's counsel, the Local Rule 56(a)1 Statement was provided for the second time. The failure of the plaintiff to submit

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

a Statement results in the defendants' Statement being admitted. (Conn. L. Civ. R. 56(a)1 (2003).

WHEREFORE, the undersigned defendants respectfully request this objection be sustained and the plaintiff's Motion for Extension of Time be denied.

DEFENDANTS,
CITY OF HARTFORD
HARTFORD POLICE DEPARTMENT


BY: _____
Eric P. Daigle, Esq.
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**CERTIFICATION**

      This is to certify that on this 12th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114

William J. Melley III, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

 

_____
Eric P. Daigle

502596.1(HS-FP)

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105