FILED

2004 JAN -8 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00CV 2386 (SRU) |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT; | : | |
| OFFICER JULIO CAMACHO | : | |
| Defendants | : | JANUARY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Hartford and Hartford Police Department, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

MOTION GRANTED.
SO ORDERED.
[signature] Sven R. Underhill, U.S.D.J.
1/12/05

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105