UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 20 P 12:57
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| YOLANDA SANTIAGO : | CIVIL ACTION NO. |
| Plaintiff : | 3:00CV2386 (WIG) |
| : | |
| VS. : | |
| : | |
| CITY OF HARTFORD; : | |
| HARTFORD POLICE DEPARTMENT : | |
| OFFICER JULIO CAMACHO : | |
| Defendants : | JANUARY 15, 2004 |

### REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 56(a)2 STATEMENT

The Plaintiff, Yolanda Santiago, hereby replies to Defendants City of Hartford and Hartford Police Department's (hereinafter referred to as "Defendants") Objection to Plaintiff's Motion for Extension of Time to File Local Rule 56(a)2 Statement. As stated in Plaintiff's Motion for Extension of Time, the Defendants filed their Motion for Summary Judgment on September 18, 2003. On November 11, 2003, the Plaintiff filed her Objection to Defendants' Motion for Summary Judgment. Upon receiving Defendants' Reply to Plaintiff's Objection to Defendants Motion for Summary Judgment, it was brought to Plaintiff's counsel's attention that the Plaintiff had not been provided a copy of Defendant's Rule 56(a)1 Statement. Upon realizing this, Plaintiff's counsel requested a copy of the Rule 56(a)1 Statement from defendants' counsel, which was provided. After receiving a copy of the Rule 56(a)1 Statement, the Plaintiff filed her Motion for Extension of Time to File Rule 56(a) 2 Statement.

The Defendants argue that copies of the Rule 56(a) 1 Statement were available elsewhere, specifically, on the Court's database, for Plaintiff's review. However, it is not the Plaintiff's burden to search every possible location for a pleading that the Defendants *may* have been filed. It is incumbent upon the Defendants to provide the Plaintiff with copies of all pleading which are

filed with the Court. Plaintiff's counsel did not search the court database before it formulated plaintiff's objection. Plaintiff's counsel relied on defense counsel's certification that a complete copy of defendants' Summary Judgment Motion was sent to plaintiff's counsel.

In the instant case, the Plaintiff was not provided with a copy of Defendants Rule 56(a) 1 Statement when Defendants filed their Motion for Summary Judgment on September 18, 2003. The Plaintiff received a copy of the Rule 56(a)1 Statement for the first time via facsimile on January 5, 2004. Therefore, having only recently been provided a copy of the Rule 56(a)1 Statement from the Defendants, the Plaintiff respectfully requests an extension of time to file her Rule 56(a)2 Statement in response to Defendants' Rule 56(a)1 Statement.

PLAINTIFF,
YOLANDA SANTIAGO

BY: _____
Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114
(860) 296-3457
Federal Bar No. CT 06503

## **CERTIFICATION**

This is to certify that on this 15th day of January, 2004, the foregoing was mailed, postage prepaid, to:

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William J. Melley, Esq.
250 Hudson Street
Hartford, CT 06106

_____
Angelo Cicchiello, Esq.