*Law Offices of Angelo Cicchiello*
*364 Franklin Avenue, Hartford, Connecticut 06114*
*Tel. 860-296-3457  Fax 860-296-0676*

FEB 02

UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

2004 FEB -3  A 9: 32

DISTRICT COURT
BRIDGEPORT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:00CV2386 (WIG) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT | : | |
| OFFICER JULIO CAMACHO | : | |
| Defendants | : | JANUARY 30, 2004 |

## LOCAL RULE 56(a)(2) STATEMENT

Pursuant to Local Rule 56(a)(2) of this Court, Plaintiff Yolanda Santiago

("Plaintiff") respectfully submits the following response to Defendants' Local Rule 56(a)(1)

Statement as to material facts as to which there is no genuine issue to be tried:

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Denied. The Plaintiff alleged in the present lawsuit that during the week

before Christmas of 1997, she was sexually assaulted by Officer Camacho while Officer

Camacho was on duty. (Complaint, Paragraphs 20-21).

5.    Admitted.

6.    Admitted.

7.    Admitted.

8.    Admitted.

9.    Admitted.

*Law Offices of Angelo Cicchiello*
*364 Franklin Avenue, Hartford, Connecticut 06114*
*Tel. 860-296-3457 Fax 860-296-0676*

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.    Admitted.

14.    Admitted.

15.    Admitted.

16.    Admitted.

17.    Admitted.

18.    Admitted.

19.    Admitted.

20.    Admitted.

21.    Admitted.

### Disputed Issues of Material Fact

1.    It is disputed between the Plaintiff and the Defendants as to whether the City had a policy or custom which caused the plaintiff's injuries.

2.    It is disputed between the Plaintiff and the Defendants as to whether fourteen incidents of sexual misconduct of Hartford Police Officers in five years constitutes a custom or policy or deliberate indifference which caused the Plaintiff's injuries.

3.    It is disputed between the Plaintiff and the Defendants as to whether the fact that Defendant Camacho, was involved in multiple incidents regarding sexual assault and violations of constitutional civil rights, raises the question as to whether the City of Hartford and/or the Hartford Police Department's action of

keeping Camacho on the force and failure to properly train him amounted to

deliberate indifference.

<div style="margin-left: 50%; font-style: italic;">
Law Offices of Angelo Cicchiello<br>
364 Franklin Avenue, Hartford, Connecticut 06114<br>
Tel. 860-296-3457 Fax 860-296-0676
</div>

PLANITIFF,
YOLANDA SANTIAGO

BY: _____

Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114
(860) 296-3457
Federal Bar No. CT 06503

## CERTIFICATION

This is to certify that on this 30th day of January, 2004, the foregoing was

mailed, postage prepaid, to:

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William J. Melley, Esq.
250 Hudson Street
Hartford, CT 06106

_____
Angelo Cicchiello, Esq.