

FILED

2004 FEB -3  A 9: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:00CV2386 (WIG) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT | : | |
| OFFICER JULIO CAMACHO | : | |
| Defendants | : | JANUARY 30, 2004 |

### AFFIDAVIT OF ANGELO CICCHIELLO

I, Angelo Cicchiello, being duly sworn do state:

1.      I am over the age of 21 and believe in the obligations of an oath.

2.      I am Plaintiff's counsel in the suit entitled <u>Yolanda Santiago v. City of Hartford,</u> <u>Hartford Police Department, officer Julio Camacho</u>, Docket number 3:00CV2386 (WIG).

3.      On or about September 18, 2003, Defendants City of Hartford and Hartford Police Department (hereinafter referred to as "Defendants") filed their Motion for Summary Judgment.

4.      I received a copy of said motion, and filed a motion entitled "Objection of Motion for Summary Judgment" on November 11, 2003.

5.      On December 17, 2003, Defendants filed their Reply Brief to Plaintiff's Objection to Motion for Summary Judgment.

6.      Upon reading said reply brief, it was brought to my attention that I did not receive a copy of Defendants' Local Rule 56(a)1 Statement.

7.      I reviewed the copy of Defendants Motion for Summary Judgment received from Defendants and confirmed that I did not receive a copy of Defendants' Local Rule 56(a)1 Statement.

8.      On January 5, 2003, my associate, Colin Hoddinott, telephoned Defendants' counsel, James Shea, and advised attorney Shea that I did not receive a copy of Defendants' Local Rule 56(a)1 Statement, and requested a copy be sent via facsimile.

9.      On January 5, 2003, a facsimile copy of Defendants' Local Rule 56(a)1 Statement was received at The Law Offices of Angelo Cicchiello.

I certify that the foregoing statement is true and correct to the best of my knowledge and belief.

_____
Angelo Cicchiello

Subscribed and sworn to before me this 30th day of January, 2004.

_____
Notary Public/Commissioner
of the Superior Court

## CERTIFICATION

This is to certify that on this 30th day of January, 2004, the foregoing was mailed, postage prepaid, to:

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William J. Melley, Esq.
250 Hudson Street
Hartford, CT 06106

 

_____
Angelo Cicchiello, Esq.