FILED

2004 AUG 30 P 1: 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:00CV2386 (WIG) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| HARTFORD POLICE DEPARTMENT | : | |
| OFFICER JULIO CAMACHO | : | |
| Defendants | : | AUGUST 26, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT CITY OF HARTFORD'S
MOTION FOR RECONSIDERATION**

The plaintiff, Yolanda Santiago, in the above captioned case, hereby respectfully requests an extension of time of thirty (30) days or until September 25, 2004, in which to file her response to City of Hartford's Motion for Reconsideration. The reason for said request is that Plaintiff's counsel is scheduled to begin trial in the matter of Sebastiano Fileccia vs. Nationwide Property & Casualty Insurance Co., Docket Number CV-01-0810807 S in Hartford Superior Court on August 31, 2004. Defendant City of Hartford has filed an extensive Motion for Reconsideration, which is forty (40) pages in length. Plaintiff requests additional time in order to properly address the multiple issues raised in Defendant City of Hartford's Motion for Reconsideration.

THE PLAINTIFF,
YOLANDA SANTIAGO

BY: _____
Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Ave.
Hartford, CT 06114
(860)296-3457
Federal Bar No. ct 06503
SERVICE@CICCHIELLOESQ.COM

### CERTIFICATION

I hereby certify that the foregoing was sent via first class U.S. Mail this 26th day of August, 2004 to the following counsel of record:

William J. Melley III, Esq.
250 Hudson Street
Hartford, Connecticut 06106

Eric P. Daigle Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, Connecticut 06103

_____
Angelo Cicchiello, Esq.