IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

YOLANDA SANTIAGO,
    Plaintiff

VS.

CITY OF HARTFORD,
HARTFORD POLICE DEPARTMENT,
OFFICER JULIO CAMACHO

: CIVIL ACTION NO.
: 3:00-CV-2386 (WIG)
:
:
:
:
: SEPTEMBER 22, 2004

## PLAINTIFF'S OBJECTION TO MOTION FOR RECONSIDERATION

Pursuant to Local Rules 7(a) and (c), the plaintiff, Yolanda Santiago, hereby objects to the defendant City of Hartford's Motion for Reconsideration of the Court's August 2, 2004 Ruling denying the City's motion for summary judgment. The ruling denying this motion should not be disturbed since (1) the ruling of supposed intervening caselaw, Amnesty America v. Town of West Hartford, 361 F.3d 113 (2nd Cir. 2004), does not affect the Court's ruling in the present case, and (2) the Court has correctly applied the summary judgment burdens and controlling caselaw to the facts of the present case. A memorandum of law is attached hereto discussing the plaintiff's objections in detail.

Respectfully submitted,

**PLAINTIFF
YOLANDA SANTIAGO**

By: _____
Angelo Cicchiello, Esq.
CT Fed. Bar No. 06053
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860) 296-3457
Fax: (860) 296-0576

**ORAL ARGUMENT REQUESTED**

## CERTIFICATION

This is to certify that on this 23rd day of September, 2004, the foregoing was sent via U.S. Mail, postpaid, to:

Eric P. Daigle, Esq.
James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

William J. Melley III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT  06106

_____
Angelo Cicchiello