IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:00-CV-2386 (WIG) |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| HARTFORD POLICE DEPARTMENT, | : | |
| OFFICER JULIO CAMACHO, | : | |
| Defendants. | : | OCTOBER 7, 2004 |

## CITY OF HARTFORD'S MOTION TO STRIKE
## AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 7, the co-defendant, the City of Hartford, hereby moves to strike Exhibit A attached to the plaintiff's memorandum of law dated September 22, 2004 and submitted in support of her objection to Hartford's motion for reconsideration. Exhibit A purports to be a page from Hartford's responses to the plaintiff's interrogatories. The document was not included with the plaintiff's opposition to Hartford's motion for summary judgment. It is being submitted for the first time in connection with the motion for reconsideration. The plaintiff directly relies on the exhibit in an attempt to distinguish Amnesty America v. Town of West Hartford, 316 F.3d 113 (2d Cir. 2004). (Pl.'s 9/22/04 Mem. of Law, at 3) The plaintiff's submission of Exhibit A is an untimely attempt to buttress her opposition to Hartford's motion for summary judgment. The submission of the document is inappropriate at this stage of the proceedings. Accordingly, the court should strike Exhibit A from the record.

**ORAL ARGUMENT REQUESTED**

One Goodwin Square                        HALLORAN                        Phone (860) 522-6103
225 Asylum Street                                                         Fax (860) 548-0006
Hartford, CT 06103                        & SAGE LLP                      Juris No. 26105

**WHEREFORE**, for the foregoing reasons, Hartford requests that the Court grant its

motion and strike Exhibit A to the plaintiff's opposition memorandum dated September 22, 2004

Respectfully submitted,

**CO-DEFENDANT
CITY OF HARTFORD**


By: _____

James J. Szerejko, Esq.
CT Fed. Bar No. 04326
Eric P. Daigle, Esq.
CT Fed. Bar No. 23486
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:  (860) 522-6103
Fax: (860) 548-0006
E-mail:  szerejko@halloran-sage.com

Its Attorneys

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 7th day of October, 2004, the foregoing was caused to be served via U.S. Mail, postpaid, to:

Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114

William J. Melley III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106


_____
Eric P. Daigle

598247.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105