IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SANTIAGO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:00-CV-2386 (WIG) |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| HARTFORD POLICE DEPARTMENT, | : | |
| OFFICER JULIO CAMACHO, | : | |
| Defendants. | : | AUGUST 29, 2005 |

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE
CITY OF HARTFORD'S MOTION FOR RECONSIDERATION**

The co-defendant, the City of Hartford, submits the attached supplemental authority in support of its motion for reconsideration filed on August 16, 2004. Specifically, attached hereto as Exhibit A is a copy of the ruling in Doe II v. City of Hartford, Civil No. 3:01-CV-1026 (AHN) (D. Conn.) entered on August 22, 2005. By the ruling, Judge Alan H. Nevas granted the City of Hartford's and its former police chief's motion for reconsideration, vacated his former ruling and entered summary judgment for Hartford and its former chief on the claims asserted against them. The ruling confirms the analysis set forth in Hartford's initial and its reply memoranda of law submitted in the instant case. Thus, the ruling supports granting Hartford's motion for reconsideration and its request that all claims against it in the instant case be dismissed.

For the reasons set forth in Hartford's initial and reply memoranda in support of its motion for reconsideration as well as for the analysis in the Doe II ruling, Hartford requests that the court grant its motion and enter judgment in its favor on all of the claims asserted against it in the instant case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

       Respectfully submitted,

       **CO-DEFENDANT**
       **CITY OF HARTFORD**

By: _____
    James J. Szerejko, Esq.
    CT Fed. Bar No. 04326
    Eric P. Daigle, Esq.
    CT Fed. Bar No. 23486
    **HALLORAN & SAGE LLP**
    One Goodwin Square
    225 Asylum Street
    Hartford, CT  06103
    Tel:  (860) 522-6103
    Fax: (860) 548-0006
    E-mail:  szerejko@halloran-sage.com

    Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**CERTIFICATION**

    This is to certify that on this 29th day of August, 2005, the foregoing was caused to be served via U.S. Mail, postpaid, to:

Angelo Cicchiello, Esq.
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114

William J. Melley III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

_____
James J. Szerejko

724990_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105