UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Yolanda Santiago

V.                           Case Number:  3:00cv2386(WIG)

City of Hartford,etal

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 4/24/2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 24, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, April 24, 2006.

```
                    KEVIN F. ROWE, CLERK

            By: _____
                    Carol Sanders
                    Deputy Clerk
```