

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YOLANDA SANTIAGO
    Plaintiff                       :     CIVIL ACTION NO.:
                                                    3:00CV 2386 (WIG)

vs.

CITY OF HARTFORD, ET AL
    Defendants                   :     June 29, 2006

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to the voluntary dismissal with prejudice of the above action.

Accordingly, the parties move the court to enter an order of dismissal.

THE DEFENDANT                                           THE PLAINTIFF
OFFICER JULIO CAMACHO

By_____                          By_____
  William J. Melley III, Esquire                  Angelo Cicchiello, Esquire
  250 Hudson Street                                  Law Offices of Angelo Cicchiello
  Hartford, CT 06106                                364 Franklin Avenue
  Federal Bar No.: 06355                           Hartford, CT 06114
  Tel.: (860) 247-993                                    Tel.: (860) 296-3457
  Fax: (860) 247-9944                                  Fax: (860) 296-0676
  Email: wjmelley@wjmelley.com               Email: Service@cicchielloesq.com
                                                      Federal Bar No.:

THE DEFENDANTS
CITY OF HARTFORD and HARTFORD
POLICE DEPARTMENT

By /s/ James J. Szerejko
James J. Szerejko, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel.: (860) 522-6103
Fax: (860) 548-0006
Email: szerejko@halloran-sage.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 10th day of July, 2006 date to:

Angelo Cicchiello, Esquire
Law Offices of Angelo Cicchiello
364 Franklin Avenue
Hartford, CT 06114

James J. Szerejko, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William J. Melley III